DONALD W. LOVETT v. ATLAS TRUCK LEASING ET AL.

The motion by the defendants Atlas Truck Leasing and Liberty Mutual Insurance Company for an extension of time in which to file their brief in the appeal from the Court of Common Pleas in Waterbury is denied.

*Howard B. Field III,* in support of the motion.

Submitted October 6—decided October 14, 1975

STATE OF CONNECTICUT v. DORSEY B. RAY

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*James R. Fogarty,* in support of the petition.

*Robert E. Beach, Jr.,* office of the chief state's attorney, in opposition.

Submitted October 6—decided October 14, 1975

PAUL HENION v. STANLEY V. TUCKER

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.